UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FREDERIKA TORRENCE,

        Plaintiff,

-v-

MOUNT ST. JAMES APARTMENTS, INC., MOUNT ST. JAMES HOUSING DEVELOPMENT FUND CO., INC., CHRISTOPHER COMMUNITY, INC. and WAYNE DOTSON.

        Defendants.

5:15-CV-1067 (DNH/TWD)

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above-entitled action, including all cross-claims and counterclaims, is hereby discontinued in its entirety without prejudice as to Defendants.

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be filed with the Clerk of the Court without further notice.

Dated: Brewster, New York
December 10, 2015

**CNY FAIR HOUSING, INC.**

_____
**CONOR KIRCHNER (518898)**
cjkirchn@cnyfairhousing.org
Attorneys for Plaintiff
731 James Street, Suite 200
Syracuse, New York 13203
T. (315) 471-0420

**LYNCH SCHWAB & GASPARINI PLLC.**

_____
**LOUIS U. GASPARINI (105993)**
lgasparini@lynchschwab.com
Attorneys for Defendants
75 South Broadway, Fourth Floor
White Plains, New York 10601
T. (914) 304-4353

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: January 13, 2016
       Utica, NY